U, S. District Court, Southern District of Georgia
Brunswick Division

James Lapinski, pro se Plaintiff

Case # 2:25cv79, June # D02237

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

CLERK C. Robinson
SO. DIST. OF GA.

vs.

St. Croix Condominium, Inc., Jerry (Gerald) Azeff,
Stephen & Sandi Dembinsky, Marcia Holman,
James Vinciana, Jennifer Campen, John Wender,
Gary Chandler and Harry King of Atlanta, GA,
W. Davis (roofing) L.L.C., Joe Bandy, Chairman,
St. Croix Board of Tennessee. Defendants

# COMPLAINT—Amended

This is a civil lawsuit, but also may
be criminal, per the twenty (20) legal Issues
herein. Since about 2005 to June 2025,
Defendants have lied, defrauded,
harrassed, vandalized, disabled permanently,
destroyed property of and stoled from Lapinski
and relatives, and possibly from some of
the other 100 plus owners of the 59 units of
St. Croix Condominiums, Inc, Daytona Beach Shores

1.) The St. Croix Condominium, Inc.,
(here after just St. Croix) meetings
of May 22,2025, April 11,2025 and Revision
January 13,2025 are fraudulent or false,
deceptive. The 5-22-25 meeting did NOT
have a quorum of the 59 unit owners
present as the Florida Statutes 718,
719 and the F.S. 600 group require.
The Agenda for Jan.-12025 was revised, but Mariann
Bradley and Defendant's, Dembinsky refused to discuss it.
   St. Croix Board of Directors Chairman
Stephen Dembinsky violated above F.S.
By NOT checking and verifying
a quorum of unit owners per
F.S. 718. Dembinsky, an OWNER, may have
Received a quorum of only 2 of 4 Board
members. There was not added a fifth
Board new member Ralph Jacob yet, who was
                                            2

added near the end of the SSA Board Minute
meeting illegally per Florida Statute
at about 6:50 pm; EDT, The fraudulent
5-22-2024 meeting was started by
Board Chairman Stephen Dombinsky @ 530 pm,
As of 5-22-2025 there were only two
St. Croix Board member with three (3) vacancies,
None of these were elected by 100+ owners
in the last 3 or 4 years, but appointed by whom?
The St. Croix Condominium, Inc is
located at 3145 South Atlantic Ave,
            Daytona Beach Shores, FL 32118
It was constructed from about 1998
through 2002. State of Florida, U.S.A
issued an illegal Certificate of
Occupancy in early 2003 with Lapinski
then occupying their St.Croix Condo unit
about February 2003 with several
MAJOR defects never repaired: three (3)
toilets, great room carpet and ceiling, etc.
It is across the street A1A from Church. p. 3

2.) St. Croix C.P.A. auditor reports were in violation of Florida Statutes every year from 2012 & for more than 13 years, including year 2023. Many of these years may have had incomplete and/or erroneous auditing, accounting and bookkeeping per A.I.C.P.A., Florida & U.S.A. Law and Regulations, etc.
See Exhibit A: for one of many examples: It is illegal per FL statutes to transfer funds to Operating accounts from Reserve accounts.

3.)    Vicky _____, the St. Croix bookkeeper in 2003, 2004 returning last year 2024 Resigned about December 2024, and and 2023 from January thru June St. Croix does NOT have a bookkeeper at all! 2025 WHY? Was Vicky dishonest, unqualified

p. 4

4.) Repeated, criminal VIOLENCE ^disabled Lapinski (criminal attacks with ^libel, defamation, ^harassment by the Defendants Stephan and Sandi Dembinsky MR Dwight Dystra, occupant, owner St. Croix condo #201 from about 2009 into year 2025. They <u>vandalized</u> Lapinskis vehicles for years, Ruined Plaintiff's entire carpeting, office, copiers and computers, leather furniture, etc, costing over $100,000.00 to replace in 2024. This above is criminal VANDALISM too.

5.)    Defendants have violated Florida Statutes from 2002 through 2024 by illegally NOT accurate, complete, legally correct booking and accounting (and auditing by their auditors), which the Board of Directors did NOT hire any CPA until about 2012, violating St. Croix legal documents, F.S. 718, 719, 600 plus, A.I.C.P.A.

6.)    Owner Semkovic committed perjury without evidence to Volusia County Court that he saw Lapinski take a small white envelop from the St. Croix mailroom on first floor.

p. 5

Jennifer Campen committed perjury in 2017, 2018.

7.) The St. Croix Boards of Administration, a.k.a. Boards of Directors 2001 thru 2016, 2017, 2018. falsified Minutes, approved overdue Certified Public Accountants annual audit reports from about 2010, and some Boards members probably stole $50,000 to $1,000,000.00 from the 100 plus owners of St. Croix Condominiums 59 condo units. See Exhibit A: Why is illegal transfers necessary? are

8.) Turner Construction Co. of Arlington Texas and developer Douglas Cook construction built the St. Croix with major defects still apparently NOT corrected, such as the leaks of water in basement garage. Now in May 2025 there may be more repairs to St. Croix, two (2) seawalls, swimming pool, etc. This is civil NEGLIGENCE, possibly criminal. It is also FRAUD, R.I.C.O. racketeering etc. by the above & St. Croix Boards of Administration. S. Dembowsky discussed the above at 52225 Meeting.

6

9.) Lies, fraud, corruption by Mariann Bradley, Stephen Dembinsky, et alia at the 55≠minute St. Croix Board illegal meeting of May 22, 2025 EDT, Thursday. See Exhibits A and B enclosed

The above illegally repeatedly refused to let Plaintiff and St. Croix owner from year 2002 to speak from about 6:20pm EDL to about 6:25± pmEDT. These two Defendants conspired, colluded, and repeatedly LIED. They first heard LAPINSKI for four+ minutes, but then falsely could NOT when Lapinski spoke loudly for several minutes from 6:08± to 6:15±EDT when both Defendants responded to Plaintiff Lapinski talki

10.) W. Davis (Roofing), L.L.C of Edgewater FL and St. Croix destroyed Lapinski's roof, HVAC and air conditioning in 2024,25 - VANDALISM

P7

11.)a) Criminal and civil VANDALISM
by police Chief Stephen ₮ Sandi Dembinsky, married
Defendants, M/M John Wendor, JR. of Tennessee,
Jennifer Campen, et alia. See Issue 14.

11.)a) Above Defendants permanently disabled
Lapinski in 2010 and Thanksgiving Eve
2018 when four, armed police sent by former
Daytona Beach Shores, FL Police Chief illegally
entered Lapinski's St. Croix condo. These four
police then handcuffed Lapinski, breaking bones, etc.

11.)b PRIOR to 2023 when Mariann Bradley
became St. Croix Manager, there Rarely
if ever was obtained by the Board of
Directors a second independent price and
proposal from a second entity. This resulted
possibly in greatly overpaying for repairs,
new expensive contracts, i.e. the outdoor firepit,
fireplace $30,000.00 and Re-painting front
outdoor parking lot for $135,000.00          p. 8

12a) Defamatory St. Croix News Letter by Defendants Holman and Azeff injured Lapinskis from about 2016± to 2021±. Their illegal News letter was mailed bi-weekly to 100+ St. Croix owners, relatives, guests, St. Croix staff and contractors and others. See Exhibit F, owners. They lied, defrauded, defamed Lapinski for 2,3,4 years. See Exhibit G for one of many newsletters.

This also is illegal HARRASSMENT to Lapinski, age 81, his family, guests. And this is racketeering per U.S. and Georgia R.I.C.O., and State of Florida Statutes too.

All of the above are multiple CAUSES OF ACTION, both civil, possibly criminal

9

ISSUE #3  The St. Croix Boards in
2023, 2024, 2025 are applying
illegal bookkeeping, accounting and
owner allegeded debt collection actions.

Illegally they apply monthly dues
of $1,800.00 to previous alleged debts
These Boards of Directors ... delay
processing of Lapinskis' payments
from one to two weeks. Then the Boards
and their staff state falsely Lapinski's
paid late. Then they add interest and
penalty late fees. This is fraud, corruption
criminal and civil illegal rackeeteering.
    Defendant Marcin Holman's ExhE
1-23-25 Repnts is illegal, lies, fraud.
    and Revised
State of FL & its new S.I.R.S. are very
complicated, including Required accounting &
C.P.A. audited. Yet the corrupt, UNELECTED
2025, 24, 23, 22 Boards make it more so w.
8 or 9 different banks! Also the Boards did NOT
inform Lapinskis of change - see Exh E, page 4 of 4.
                                                p. 10 ◐

ISSUE 14: Defendants Dembinsky's directed 4 cops, (Volusia County, FL?) Daytona Beach Shores, FL et al illegally enter Lapinskis Condominium Thanksgiving eve 2018 ($2010). Then for four (4) hours from 8pm to midnight they kept him in handcuffs tightly thereby breaking bones in BOTH hands, clavicle, shoulder, etc. & left HIP. Only one of the four police wore a police uniform. The others were in plain street clothes with an alleged warrant from a judge Which they did not have. Lapinski was treated Thanksgiving day at Halifax Hospital, with subsquent surgeries

p. 11

STEPHAN DEMBINSKY, DAVID PEMSLEY
AND OTHER OWNERS HAVE ATTEMPTED
MURDER OF JAMES LAPINSKI REPEATEDLY.
ISSUE 15
   The above Defendants from 2020, 2021
through January 25, 26, 27 - 2025 have
repeatedly destroyed Lapinski's newer
tires with 3, 4, 5 screws in each tire,
ruined Rear bumper, sonar safety, etc.
Dwight Dykstra, owner of Unit 201 St. Croix
possibly vandalized Lapinskis' Nissan in early
2025 causing $6,000.00 + damage to rear side.
   J. Lapinski has physical evidence,
they criminally VANDALIZED six (6) or
more S.U.V. Nissan tires with screws
in them and shredded January 2024
newer tire. On Saturday, Jan. 27, 2024
Lapinski's newer Continental brand S.U.V.
tire completely     collaped, then riding on rim.
Lapinski stopped at the Nissan dealer for repairs
at the Daytona Auto Mall on January 27, 2024.

12

Issue 16 : Failure to abide by "FIDUCIARY RESPONSIBILITY"

by 26 Boards of Administration (DIRECTORS) from 1994,
and the St. Croix Condominiums, INC. from 2000,
and Douglas Cook, with Estate of Douglas Cook
and ALL HEIRS forthwidth, FOREVER are
legally liable.
    The above is Required, but ignored illegally
by Defendants for decades, by State of
Florida, U.S.A. et al. legal STATUTES, court cases,
St. Croix legal documents, "Certificate Occupancy", etc.
(and earlier) thru 2025 and there after demand
FOR Plaintiff James Lapinski FIDUCIARY Responsibility.

ISSUE 17: THEFT, Racketeering (civil R.I.C.O.)
    This is a civil lawsuit, but perhaps
there should also be a criminal case, prosecution.
M/m Dembinsky, Gary Chandler, John Wender, JR.,
Doug Cook Board members for years may have
colluded, conspired, racketeered, bribed illegally
(criminally) for up to $1,000,000 or MORE !

13

ISSUE 18 NEGLIGENCE Re 70 River-front decks, and 33 ocean-front decks (balconies)

For 20+ years these decks leaked UNSAFELY due to the civil (and criminal) negligence of the Boards of Directors, and other Defendants from 1999 and/or 2000, 2001, 2002 and beyond to infinity. This caused Major damaged and many illegal SPECIAL ASSESSMENTS by St Croix Boards from 2004 through 2025 and beyond to infinity to the condos. This is similar to the midnight collapse of a similar to St. Croix Condo of a 12-story condo in Surfside, Florida, U.S.A three or four years ago, when 99 persons died from 12:45 pm to 1:25 pm. The total legal liability and payments are about ONE BILLION United States dollars, yes $1,000,000,000.00, paid to Surfside, FL condo estates, heirs, etc.

14

ISSUE 19 Negligence Re basement garage

St. Croix's underground parking for about 75 vehicles has many damaging water leaks from 1999 to 2026, mostly ignored and never corrected through the years into 2025, when Repairs attempted between garage door and elevators on February 26 and 24, 2025 See photos enclosed.

There also continues to be major water leaking in the basement owners' storage room in the South East corner, particularly in the South East (SE) corner and wall. At the 5-22-2025 Board meeting Chairman (appointed) S. Dembinsky stated this 23 year leaking in no longer a problem! Yet this very large room still leaks. See Exhibits B and E enclosed

15

ISSUE #20 Perjury and theft by
Jennifer Campen, St. Croix Manager

(A) Defendant Campen at an official
legal hearing before a Florida Circuit
Court at the Courthouse Annex in Daytona
Bench, FL Repeatedly LIED, defrauded
James and Patricia Lapinski, owners
of a condo unit at St. Croix since 2002.
THIS IS illegal PERJURY repeatedly
by Jennifer Campen around 2010 to 2016 t.
Former owners Ropemiller, unit 905
can witnessed and can verify the following:
    Defendant Campen's perjury at Court
costs Lapinskis about $10,000 plus in
2010 U.S. Dollars to clean, paint sealant,
paint then TWICE white paint for 23 weeks
IN the MBR and large walkin closet of MBR.

p.16

Campen                   swore to this Court
she would tell the full truth re a one to
two year survey of all owners that
the Board would Pay for Defendents Cook and
Thurner defective construction inside many
of the St Croix units, including Laquondo MBR, baths.
She committed perjury by denying there
was ever a survey: Exhibit H is a sample
of a small part of the above survey
            St. Croix owners M/M Rodemillers
witnessed Campen's PERJURY to Circuit
Court Roughly eleven (11) years ago in Daytona.
St. Croix Boards of Directors illegally
forced this married couple to sell their condo
and MOVE OUT.
       Was Campen also involved with Wender,
Dembinskys, Chandler et al. in the theft of
over $50,000.00 in repainting the parking lot?
                                    P. 17

The Lapinskis' defective Master Bedroom (MBR) was caused by Defendants Cook, Now Estate of Douglas Cook, and Turner Construction Company in 2002 and 2001 to the outside exterior wall of Lapinskis condo unit. at St. Croix. These two current Defendants in just two(2) over nights applied stucco to the North side of the 12 story. This is NEGLIGENCE to construct STUCCO in the cold, dark much too fast.

2.) These two Defendants also did defective construction in the interior of the 12 story building in 2002, 2001, 2000 1999 by Not binding with truckloads more of cement to bind iron Rods to hold the building up. About $1,000,000.00 was spent by St. Croix owners in the summer of 2019 or 2020 or 2021. See Exhibit __, attorney __ Adams Report and presentation to 100 plus St. Croix OWNERS

· DEMAND FOR RELIEF, Damages

Plaintiff Lapinski and Family costs
seek $19,000,000.00, attorneys fees punitive damages
from illegal harassment, vandalism, theft,
defamation, disabilities, etc. by Dembinskys,
Wender, other Condominium owners and renters,
and Boards from 2021,
St. Croix Condominium, Inc., City of Daytona
Beach Shores, FL, et al. for pain & suffering,
financial losses, felony violence with
broken bones and permanent disabilities,
years of stress, time, emotional harm,
loss of earned income — CPA, other, etc.
ENCLOSURES: Proof of Service, Exhibits

James Lapinski, mailed June 4, 2025
James Lapinski, P.O. box 291395, Port Orange
FL 32129
Phone 1-703-362-7795
NOTE: Appendices and
Legal References to be filed.

p.19

Proof of Legal Service
United States District Court GA
June 4, 2025, Complaint - Amended

James Vinciana
Board of Directors
c/o Norfolk VA Planning
Virginia Beach, Virginia Commission

Gary Chandler
St. Croix Condo, No. 402
3145 So. Atlantic Ave.
Daytona Beach Shores, FL
32118

Board of Directors
St Croix Condominium, Inc.
Mariann Bradley, St. Croix
3145 So. Atlantic Ave
Daytona Bch. Shores, FL 32118

John Wender St. Croix
3145 So. Atlantic
Daytona Beach Shores
32118

W. Davis L.L.C. (roofing)
c/o President
1859 Sabal Palm Dr.
Edgewater, FL 32141

Gerald (Jerry) Azeff
3145 So. (Atlantic, #101
Daytona Beach Shores
32118

Harry King

Atlanta, GA
P.O. Box 291395
Port Orange, FL 32129
James Loprinch, pro se
June 4, 2025
ph. 1-703-3627795
Certified by
James Loprinch 6-4-25

M/M Sandy & Stephan Dembie
3145 So. Atlantic, #705
Daytona Beach Shores 32116
ph. 386-478-0200
Jennifer Campen
c/o Blocker Realty, 5 Riverwalk Drive
New Smyrna Beach, FL 32169

St. Croix Board Chairman
Joseph Bandy
Nashville, Tennessee

p.20



**WRITTEN CONSENT FOR USE OF RESERVE FUNDS**

The undersigned, being either the sole owner or the authorized voting representative of Unit _301_, St. Croix Condominium, Inc., 3145 South Atlantic Avenue, Daytona Beach Shores, FL 32118, and being a member of the Association by virtue of the ownership of said unit, hereby executes this Written Consent on behalf of said Owner(s) of the unit pursuant to Florida Statute 718.112(2)(f) 3.and 4, for the purpose of approving the use of Reserve funds for payment of the 2025 Property insurance premium not-to-exceed $300,000. This is the amount included in the St. Croix 2025 budget for this cost. It is intended that the amount used for this purpose will be returned to Reserve funds in full on a monthly basis no later than December 31, 2025. This also is in accordance with paragraphs 2.14 Waiver of Notice and 2.15 Action by Members Without a Meeting per the St. Croix Bylaws. The undersigned, by execution of this instrument, waives the calling of a special owners meeting for this purpose and formal notice of same.   *waives the calling of a special owners mtg, for this purpose and formal notice of same"*

**SHALL THE ASSOCIATION USE RESERVE FUNDS TO PAY THE 2025 PROPERTY INSURANCE PREMIUM IN AN AMOUNT NOT TO EXCEED $300,000 SUCH AMOUNT TO BE RETURNED TO THE RESERVE ACCOUNT NO LATER THAN DECEMBER 31, 2024?**

_____ I agree to the proposed transfer.

_____ *We* do not agree to the proposed transfer.     *JPL RL*

WAIVING OF RESERVES, IN WHOLE OR IN PART, OR ALLOWING ALTERNATIVE USES OF EXISTING RESERVES MAY RESULT IN UNIT OWNER LIABILITY FOR UNANTICIPATED SPECIAL ASSESSMENTS REGARDING ITEMS.   *owner liability for payment of unanticipated special assessments regarding item, "1"*

Printed Name _James Lapinski, Patricia Lapinski_

Signature _James Lapinski   Patricia Lapinski_

Date _April 8, 2025_

Unit Number _301_     *JL Pd*

*page 21*



**ST. CROIX CONDOMINIUM, INC.**
**BOARD OF DIRECTORS MEETING**

**Thursday, May 22, 2025**
**Time: 5:30 pm**

**St. Croix Social Room - 3145 S Atlantic Ave - Daytona Beach Shores, FL 32118**

## AGENDA

**CALL TO ORDER**

**ESTABLISH QUORUM**

**ESTABLISH PROOF OF NOTICE:  Posted and Emailed 5/20/2025**

**APPROVAL OF MINUTES – REVISED from 1-23-2025 & 4-11-2025 Special Board Meeting**

**OFFICER REPORTS**

    A.    **President's Report**
    B.    **Treasurer's Report**

**OLD BUSINESS**

    A. **Roof Update**
        1.  Reply to questions from owners sent via email
    B. **Landscaping update**
        1.  Started with removal and trimming of trees on Wed, 5/21/25
    C. **Exfiltration update**
        1.  DMC report & SPEC update
    D. **Fire Pull Stations update**
        **1.**  Chad from Dyna Fire on site to meet us
    E.  **Insurance Coverage Update**

**NEW BUSINESS**

    A.  **High Rise Caulking Report**
    B.  **Add New Board Member** – Ralph Jacob

**ADJOURN**

**NEXT MEETING: Thursday, June 26, 2025 @ 5:30 PM**

Exhibit G

# ST CROIX CONDOMINIUM

3145 S Atlantic Ave, Daytona Beach Shores, FL 32118

**MINUTES**
**Special Board of Directors Meeting**
**Friday, April 11, 2025, 1:00 PM**
**Social Room**

**Called to order:** The meeting convened at 1:00 PM by presiding Officer President Stephan Dembinsky

**Quorum: In Attendance: Owners in attendance:** Those Board Members in attendance and constituting a quorum are: *In person:* Stephan Dembinsky, President, Marcia Holman, Treasurer; Owners: Connie Carpenter, Sandi Dembinsky, JoAnn Scott, Johnny Hughes, Rhonda Hughes, Gary Chandler; Manager: Mariann Bradley; Via *Zoom:* Board Member: Jim Mushock, Asst. Secretary; Owners: Dave Trembley, Ralph Jacob, Fred Pearson, Hani Elias, Ron Nielsen, Missy Lee, Harry King, James Lapinski

**Quorum Established?    Yes – 3 of 4 Board members present – 2 in person; 1 Via Zoom**

**Proof of notice:  Notice Posted and emailed: March 27, 2025**

## Old Business

A. Loss Assessment
   1. This Loss Assessment will be for Hurricane Milton expenses.
   2. The grand total is $118,242.65 / Unit owner obligation: $2,004.11 per attached list.
   3. Documents will be provided to submit to your Homeowner's Insurance Policy – H06.
   4. The insurance company is obligated to pay this by law!  It has been legally passed at a properly noticed meeting.
   5. Stephan asked for a motion to assess the Hurricane Milton Loss Assessment of $2,004.11 per unit (Total for building: $118,242.65).
       a. Jim Mushock so moved. Marcia Holman seconded. No Discussion. All in favor? Y – Unanimous: Motion Passes.
   6. All necessary documents will be provided to owners.

## New Business

A.   Approval of Property Insurance
   1. Insurance Discussion – Presented by representatives of FCA, Kelly Moyer in person and Star Herbig via phone.
       a. 4 Options were discussed.  Option 1 in the amount of $218,585.50 was selected.
   2. MOTION to Pay Insurance Policy: Stephan asked for a motion to transfer Non-SIRS Reserves funds to the Operating account to pay for the insurance policy for 2025 – 2026 property insurance premium.  To be repaid on a monthly basis by 12/31/2025.
       a. Jim Mushock so moved. Marcia Holman seconded. No Discussion. All in favor? Y – Unanimous: Motion Passes
       b. 39 Yea & 1 Nay from the written consent forms.  No discussion.

**Adjournment:** The meeting was adjourned at 1:25 PM by Stephan Dembinsky, President.

Respectfully submitted,

*Marcia Holman*

Marcia Holman, Treasurer
April 11, 2025

23



**ST. CROIX CONDOMINIUM, INC.**
**BOARD OF DIRECTORS MEETING**

**Thursday, February 27, 2025**
**Time: 5:30 pm**

**St. Croix Social Room - 3145 S Atlantic Ave - Daytona Beach Shores, FL 32118**

## AGENDA

**CALL TO ORDER**

**ESTABLISH QUORUM**

**ESTABLISH PROOF OF NOTICE:  Posted and Emailed 2/25/2025**

**APPROVAL OF January 23, 2025 MINUTES**

**OFFICER REPORTS**

    A.    **President's Report**  *C,*
    B.    **Treasurer's Report**  *D.*

**OLD BUSINESS**  *E, Kathy Harter Resigned Feb. 14 2025*

    A.  **Pool**
        1.  Heater is on order.
    B.  **SPEC exfiltration and seawall panel fixes**
        1.  New Proposals to review
    C.  **Roof**
        1.  Roof has passed the City Inspection.
        2.  There are some punch list items to complete.
        3.  Wind Mit requirements are being addressed with Kelly Moyer at FCA
    D.  **Landscaping Update**
        1.  Meeting with Jered Cunningham
    E.  **Fencing and Gate Update**
        1.  Meeting with Ken from AAA Fence
        2.  Updates on Layout on the back side of the building
    F.  **Copper Pipe Update**
    G.  **Insurance**
    H.  **Building access System**

**NEW BUSINESS**

    A.  **Updated Collection Policy / Delinquencies**
    B.  **Elevator Upgrades**
    C.  **Move-in / Move-out / Delivery Policy**

**ADJOURN**



**NEXT MEETING: Thursday, March 27 2025 @ 5:30 PM**

Page **1** of **1**

Exhibit E

Page 1-4

# ST CROIX CONDOMINIUM

3145 S Atlantic Ave, Daytona Beach Shores, FL 32118

## MINUTES - REVISED

### Board of Directors Meeting
### Thursday, January 23, 2025

#### Social Room

**Called to order:** The meeting convened at 5:32 PM by presiding Officer, Vice-President Kathy Harter,

**Quorum: In Attendance: Owners in attendance:** Those <u>Board Members</u> in attendance and constituting a quorum are: *In person:* , Kathy Harter, Vice President, Marcia Holman, Treasurer, Jerry Stanforth, Secretary, Jim Mushock, Asst. Secretary; <u>Owners:</u> Connie Carpenter, Don Carpenter, Maria Higbee, Sandi Dembinsky, Marcella Viciana, Rosie Enloe, Curt Bramblett, JoAnn Scott, Michelle Mitchell, Harry King, Mike Barker, Hani Elias, Gary Chandler, John Tapadero ; <u>Manager:</u> Mariann Bradley; *Via Zoom:* <u>Board Member:</u> Stephan Dembinsky, President; <u>Owners:</u> Shelly Stanforth, Caren Combs, Sharon Hall, Dave Trembley

**Quorum Established?    Yes – 5 of 5 Board members present – 4 in person; 1 Via Zoom**

**Proof of notice:** Notice Posted and emailed: January 21, 2025  but NOT prior to 5-23-25

**Approval of January 8, 2025 Meeting minutes:** Stephan asked for motion to approve the minutes – Marcia Holman made the motion, Jim Mushock seconded. No discussion. Unanimous vote – Motion Passes.

## Officer Reports
A. President's Report
   1. Stephan shared that he has taken an interim Police Chief position in Dade City while they go through the process to hire a new Chief.
   2. He is available by phone, email and text. He will do his best to remain connected.
B. Vice President's Report
   1. Kathy talked about the Closed-Door Meetings that the Board has had.
   2. She stated that the goal was to familiarize the new Board members with the Staff, to streamline communications, and discuss Annual Performance Reviews.
C. Treasurer's Report
   1. We recently watched a webinar on Late collections. We learned that if our accounting is $.01 off, we can be held responsible and any proceedings can be thrown out of court. We will do the initial 30-day NOLA letter. If there is no payment, then the account will be sent to our Attorney.
   2. Upcoming Changes to the Collection Policy:
   *RESOLVED, that after failure to receive full payment of delinquent funds within 30 days after mailing of the Notice of Late Assessment (NOLA) letter, the file for any delinquent payer will be turned over to our Attorney for further collection efforts, including placement of a lien and / or foreclosure as appropriate.*
   Stephan asked for a motion Jerry Stanforth so moved and Jim Mushock seconded. There was no discussion. Unanimous vote – Motion passes.
   3. See attached for Complete Treasurer's Report

**Old Business**

A. <u>New Entry System</u>
   1. Elder Fernandes from CCS Solutions came to speak about the Access system.
   2. Elder installed all the surveillance cameras in the building and is very familiar with the wiring. He can use the wiring from our current system to install Butterfly MX which is compatible with what we have. The fobs are encrypted so they can't be cloned.
   3. The system will work without internet to allow access. But the system will not work without power.
   4. The system has the ability to generate a unique building code for vendors
   5. There is a built-in surge protector and battery that will keep the system powered for a couple of hours.
   6. Michelle Mitchell volunteered to help the cut over as we make the change

B. Pool
   1. There is come contention about paying All About Pools, Inc. Some of the Board does not want to pay them because of many problems – mainly because they refinished the pool the day before the hurricane causing sand to be embedded into the finish.
   2. Ensuring that we have all warranties in writing

C. SPEC Exfiltration & Seawall panel fixes
   1. We expect a bid for the soil bearings to establish the best method of closing up the seawall erosion.
   2. Engineering is underway for the repair of the exfiltration while being mindful of the costs.

D. Insurance Proposal
   1. Our Worker's Comp policy went up because payroll increased.
   2. There are three optional coverages being offered to us:
      a. To increase the Umbrella Policy with $20M in coverages for $550.00
      b. Legal Defense Gap Insurance
      c. Environmental Impairment Insurance which protects us if we have the wrong chemicals in the pool/spa or air. The pool has just been refinished and there is new equipment that will be installed this year.
   3. Jerry Stanforth made a motion to decline all additional insurance options. It was seconded by by Jim Mushock. There was no discussion. All in favor unanimously. Motion passes.

E. Replacement Ice maker:
   1. Order the most expensive ice maker - $1,074.00 ASAP.

F. Landscaping Direction
   1. Jerry will be brought up to speed quickly with a summary of the Cunningham proposals and work.
   2. SPEC will be able to bring necessary repair equipment in through the North side. Sand can also be brought in through the North.
   3. We must re-phase the irrigation project to get work done before Spec finishes the exfiltration project. There are some decisions to be made about the priority of different phases.
   4. We can always cut lines, bury them and re-run the lines. It is possible to even zip-tie the lines to the pool fence.
   5. We could also replant the pots up front with something with color, adding new dirt. This could probably be done for about $200. The dead palm trees do need to be removed.

G.  Fencing and Gate Update:
  1.  We need a new bid for an additional 35' to the pit + a new gate on the South pool corner.  Since
      there will be a gate along the South side parking deck a gate with no lock could be an option.

**New Business**

A.  Alpha Foundations
  1.  We failed the inspection with the City of DBS 2X
  2.  We did agree to additional piers on the day of installation.
  3.  The brackets need to be adjusted as they do not make contact with the deck.  They are not
      compliant with the engineering drawings.
  4.  We have requested a meeting with Alpha Foundations by 1/29/2025

B.  Copper Pipe Schedule
  1.  The repairs are scheduled for Wed 2/19 & Wed 2/26
  2.  B & L Plumbing will confirm the schedule as we get closer so that we can notify the owners.
  3.  They are installing shut-offs on the pipes so that any future work can be performed without
  shutting off the entire system.

C.  How can you as an owner help the St. Croix?
  1.  The list is very long – Russ helped pick-up the batteries for the generator and the Fire pumps.
  2.  We need more help! There are bins in the Library that need to be organized and labeled.
  3.  We need to have the documents scanned to save on an external hard drive or cloud storage.

D.  Temporary Help
  1.    Kathy stated that she cannot emphasize enough how much work is done.  She would like to
        bring in temporary help that may become permanent. The workload needs to be estimated
        for the time it takes to complete projects.  The person will need high level computer and
        organizational skills to start making this happen. It is vitally important that this take place this
        year.


Kathy Harter announced her resignation from the Board effective 2/14/2025 as she and Bruce are moving
from the St. Croix.

**Adjournment:** The meeting was adjourned at 7:28 PM by Kathy Harter, Vice-President.


NEXT SCHEDULED MEETING: **Thursday, February 27, 2025**

*Exhibit*
*p. 4 of 4*

## TREASURER'S REPORT BoD MEETING 1/23/2025

❖ Total of Bank Accounts as of 1-1-25, see attached. All reserves have been separated into required SIRS and non-SIRS accounts. Contribution of $90,000 from Special Assessment (CD at Bank OZK) completes the transfer to SIRS from the Special Assessment. All remaining S/A monies will flow to Non-SIRS. As per 2025 budget, monthly transfers from Operating are $26,000 to SIRS and $9,484 to non-SIRS, a total of $35,484 per month.

❖ We have planned carefully for expenses, i.e., roof, pool, copper pipes, etc. from Reserves not in CDs so that we will still have adequate funds to be able to pay for the Property Insurance from Operating in April with owner approval to save a minimum of 7.5% finance charges, which will be paid back to Reserves from Operating throughout the remainder of 2025.

❖ Preliminary December financials were not received until 1-22-25 and have not been thoroughly reviewed.  Finals will be provided to owners.

❖ CD at Fifth Third matured on 1-16-25 and rolled over $52,967 at 3.8%, maturity 7-16-25.

❖ CD was opened 1-23-25 at Barwick Bank for $100,000 at 4.5% for 12 months from the S/A account at Synovus toward Non-SIRS.

❖ We have two CDs maturing in February. Anticipate much lower interest rate but hope to be able to roll all over.

❖ We are also in process of opening a new Operating account at Seacoast Bank. As soon as we get this up and running, we plan to close Chase due to the continuing problems, another one occurring this week. (We are currently paying Operating out of BofA, which we will keep open with a small balance just in case we have a problem down the line.

❖ Reminder: February assessment for $1,800 due 2-1-25; 3rd special assessment $2,500 installment due 2-15-25 — (no grace days).

❖ To date we have received $320,000 in S/A payments with three owners not paying the first two payments ($15,000). Late letters with late payments have been provided.

❖ Therefore, the board will be asked to change our current Collection Policy regarding procedure regarding delinquent accounts. This will incorporate a resolution to the effect that after the initial Notice of Late Assessment Letter (NOLA), and full payment is not received within the 30-day period following, the entire file will be sent to our attorney for follow-up on placement of Lien and/or Foreclosure. These efforts take a lot of Mariann's and Vicki's time and must be **absolutely correct to the penny.** Any further payments will be made directly to the attorney. The requirements under F.S.718 for recording any payments is complicated and best left to the attorney. Most of the attorney's fees will eventually be paid by the delinquent owner.

❖ We are in the process of getting the Loss Assessment list together so that we may include approval of the Loss Assessment at next month's meeting. Up to $2,000 will be covered by owners' HO6 insurance policy under a required special coverage. We are accumulating these repair costs and paying from Grant Funds, plus Operating for Payroll costs.

*Marcia Halman  5-20-25*
Marcia Holman, Treasurer
*Revised*
*Report!*

*? changes ?*
*Not discussed*
*at May 22, 2025 Board Meeting*

# SUMMARY

Defendants in 2010± and 2018 permanently disabled Plaintiff Lapinski by illegally arresting, jailing him. This resulted in the last 15 years in much pain & suffering, surgeries, expense.

Since about 2013 there has been repeated vandalism, worsening since 2018, From 2021± vandalism has occurred 5,6,7+ times yearly to Lapinski's vehicles and repeatedly to their condo unit.

Some Board St. Croix members year after year have defamed, libeled James Lapinski. They violated "fiduciary legal responsibility" to the 100 plus owners.

There is probably fraud, corruption, bribes in the accounting &audits +ed reports from 2012± when St. Croix Boards got C.P.A. audits, which usually never done until Octobers. Prior to 2012 there were No audits, NOR complete accurate accounting. Illegal harassment harmed Lapinski 2004 to July, 2025

• page 29 of 29, June 4, 2025

Proof of Legal Service
United States District Court - GA
June 4, 2025, Complaint-Amended

James Vinciana
Board of Directors
c/o Norfolk VA Planning
Virginia Beach, Virginia Commission

Gary Chandler
St. Croix Cndo, No. 402
3145 So. Atlantic Ave.
Daytona Beach Shores, FL
32118

Board of Directors
St Croix Condominium, Inc.
Mariann Bradley, St. Crow
3145 So. Atlantic Ave
Daytona Bch. Shores, FL 32118

John Wender, St. Croix
3145 So. Atlantic
Daytona Beach Shore
32118

Davis L.L.C. (Roofing)
c/o President
1859 Sabal Palm Dr.
Edgewater, FL 32141

Gerald (Jerry) Azeff
3145 So. Atlantic, #101
Daytona Beach Shores
32118

Harry King

Atlanta, GA

P.O. Box 291395
Port Orange, FL 32129
James Zajunsh, pro se
June 4, 2025
ph. 1-703-3627795
Certified by
James Zajunshi 6-4-25

M/M Sandy & Stephan Dembiva
3145 So. Atlantic, #705
Daytona Beach Shores 32118
ph. 386-478-0200
Jennifer Campen
c/o Blocker Realty, 5 Riverwalk Drive
New Smyrna Beach, FL 32169
St. Croix Board Chairman
Joseph Bandy
Nashville, Tennessee

p.20

6-4-2025

U.S. DISTRICT COURT
BRUNSWICK DIV.

2025 JUN 10 A 10: 40

CLERK C. Robinson
SO. DIST. OF GA.

To Clerk of Court USDC SD GA

From James Lapinski

phone 703-362-7985

Please add enclosed SUMMARY

as final page 29 to my 6-4-25

Complaint - Amended. I forgot to include it

Thanks. Copies sent to attached

eleven Defendants "Proof of Legal Service

Case No. 2:25 cv 79

X. Tupernik
P.O. Box 291395
Port Orange, FL
32129

NOVA

5 JUN 2025   PM 3

Battles of Lexington & Concord
usa forever

Clerk of Court
U.S. District Court -
          Southern Div.
801 Gloucester Rd. # 722
Brunswick, GA 31520

INSPECTED BY

JUN 1 0 2025

U.S. Marshals Service/SGA

31520-707172

J. Lapinski
P.O.BOX 291395
Port Orange, FL 32129





Retail

US. POSTAGE PAID
FCM LG ENV
BURKE, VA 22015
JUN 04, 2025

21520    $4.01

RDC 99    S2323Y501215-16

Clerk of Court
U.S. District Court
801 Gloucester Rd, # 222
Brunswick, GA 21520

First Class Mail



INSPECTED BY

JUN 10 2025

U.S. Marshals Service/SGA